Joshua H. Reisman, Esq.
Nevada Bar No. 7152
Robert R. Warns, III, Esq.
Nevada Bar No. 12123
REISMAN·SOROKAC
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
Email: jreisman@rsnvlaw.com
Email: rwarns@rsnvlaw.com

*Attorneys for Defendant Brian Brady*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ENTOURAGE INVESTMENT GROUP, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>TV4 ENTERTAINMENT, INC.; DIGITAL HEALTH NETWORKS CORP.; JON CODY, an individual, and BRIAN BRADY, an individual,<br><br>Defendants. | CASE NO.  2:22-cv-00637-GMN-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR FILING RESPONSE TO FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED, pursuant to Local Rule 6-1 and 7-1, by the Plaintiff, Entourage Investment Group, LLC, by and through its counsel of record, Jacob D. Bundick, Esq., of the law firm of Greenberg, Taurig, LLP., and the Defendant, Brian Brady, by and through his counsel of record, Joshua H. Reisman, Esq., and Robert R. Warns III, Esq., of the law firm of Reisman Sorokac, that the time for filing of Defendant Brian Brady's response to

/ / /

/ / /

/ / /

/ / /

1

the First Amended Complaint [Doc. #13], which was filed on May 17, 2022, shall be extended to, and including, Wednesday, June 29, 2022. The reason for the extension is to allow Defendant Brian Brady's counsel time to get up to speed on the case, as counsel was just recently retained.

Dated this 10th day of June, 2022.                                Dated this 10th day of June, 2022.

/s/ Robert R. Warns, III, Esq.                                    /s/ Jacob D. Bundick, Esq.
Joshua H. Reisman, Esq.                                           Jacob D. Bundick, Esq.
Nevada Bar No. 7152                                               Nevada Bar No. 09772
Robert R. Warns III, Esq.                                         GREENBERG TRAURIG, LLP
Nevada Bar No. 12123                                              10845 Griffith Peak Dr., Suite 600
REISMAN SOROKAC                                                   Las Vegas, NV 89135
8965 South Eastern Avenue, Suite 382                              *Attorneys for Plaintiff*
Las Vegas, Nevada 89123
*Attorneys for Defendant Brian Brady*

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED: June 14, 2022

Respectfully submitted by:

/s/ Robert R. Warns, III, Esq.
Joshua H. Reisman, Esq.
Nevada Bar No. 7152
Robert R. Warns, III, Esq.
Nevada Bar No. 12123
REISMAN·SOROKAC
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
Email: jreisman@rsnvlaw.com
Email: rwarns@rsnvlaw.com

*Attorneys for Defendant Brian Brady*

2