Joshua H. Reisman, Esq.
Nevada Bar No. 7152
Robert R. Warns, III, Esq.
Nevada Bar No. 12123
REISMAN·SOROKAC
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
Email: jreisman@rsnvlaw.com
Email: rwarns@rsnvlaw.com

*Attorneys for Defendant Brian Brady*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ENTOURAGE INVESTMENT GROUP, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>TV4 ENTERTAINMENT, INC.; DIGITAL HEALTH NETWORKS CORP.; JON CODY, an individual, and BRIAN BRADY, an individual,<br><br>Defendants. | CASE NO.  2:22-cv-00637-GMN-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR FILING RESPONSE TO FIRST AMENDED COMPLAINT**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED, pursuant to Local Rule 6-1 and 7-1, by the Plaintiff, Entourage Investment Group, LLC, by and through its counsel of record, Jacob D. Bundick, Esq., of the law firm of Greenberg, Traurig, LLP, and the Defendant, Brian Brady, by and through his counsel of record, Joshua H. Reisman, Esq., and Robert R. Warns III, Esq., of the law firm of Reisman Sorokac, that the time for filing of Defendant Brian Brady's response to

/ / /

/ / /

/ / /

/ / /

1

the First Amended Complaint [Doc. #13], which was filed on May 17, 2022, shall be extended to, and including, Wednesday, July 13, 2022. The reason for the extension is because Plaintiff and Defendant Brian Brady are engaged in ongoing dialogue to streamline the issues, which could potentially lead to a resolution of the action vis-à-vis Defendant Brian Brady. The extension will also allow Defendant Brian Brady's counsel additional time to get up to speed on the case, as counsel was just recently retained.

Dated this 27th day of June, 2022.                    Dated this 27th day of June, 2022.

By: /s/ Robert R. Warns, III, Esq.                    By: /s/ Glenn F. Meier, Esq.
Joshua H. Reisman, Esq.                               Jacob D. Bundick, Esq.
Nevada Bar No. 7152                                   Nevada Bar No. 09772
Robert R. Warns III, Esq.                             Glenn F. Meier, Esq.
Nevada Bar No. 12123                                  Nevada Bar No. 06059
REISMAN SOROKAC                                       Jerrell L. Berrios, Esq.
8965 South Eastern Avenue, Suite 382                  Nevada Bar No. 15504
Las Vegas, Nevada 89123                               GREENBERG TRAURIG, LLP
Attorneys for Defendant Brian Brady                   10845 Griffith Peak Dr., Suite 600
                                                      Las Vegas, NV 89135
                                                      Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED: June 28, 2022

Respectfully submitted by:

/s/ Robert R. Warns, III, Esq.
Joshua H. Reisman, Esq.
Nevada Bar No. 7152
Robert R. Warns, III, Esq.
Nevada Bar No. 12123
REISMAN·SOROKAC
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
Email: jreisman@rsnvlaw.com
Email: rwarns@rsnvlaw.com

*Attorneys for Defendant Brian Brady*