Joshua H. Reisman, Esq.
Nevada Bar No. 7152
Robert R. Warns, III, Esq.
Nevada Bar No. 12123
REISMAN·SOROKAC
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
Email: jreisman@rsnvlaw.com
Email: rwarns@rsnvlaw.com

Attorneys for *Defendant Brian Brady*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ENTOURAGE INVESTMENT GROUP, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>TV4 ENTERTAINMENT, INC.; DIGITAL HEALTH NETWORKS CORP.; JON CODY, an individual, and BRIAN BRADY, an individual,<br><br>Defendants. | CASE NO.  2:22-cv-00637-GMN-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR FILING RESPONSE TO FIRST AMENDED COMPLAINT**<br><br>**(THIRD REQUEST)** |

IT IS HEREBY STIPULATED, pursuant to Local Rule 6-1 and 7-1, by the Plaintiff, Entourage Investment Group, LLC, by and through its counsel of record, Jacob D. Bundick, Esq., of the law firm of Greenberg, Traurig, LLP, and the Defendant, Brian Brady, by and through his counsel of record, Joshua H. Reisman, Esq., and Robert R. Warns III, Esq., of the law firm of Reisman Sorokac, that the time for filing of Defendant Brian Brady's response to

/ / /

/ / /

/ / /

/ / /

1

the First Amended Complaint [Doc. #13], which was filed on May 17, 2022, shall be extended to, and including, Wednesday, July 27, 2022. The reason for the extension is because Plaintiff and Defendant Brian Brady continue to be engaged in ongoing settlement discussions that could potentially lead to a resolution of the action vis-à-vis Defendant Brian Brady.

Dated this 8th day of July, 2022.                                    Dated this 8th day of July, 2022.

By: /s/ Robert R. Warns, III, Esq.                            By: /s/ Jerrell L. Berrios, Esq.
Joshua H. Reisman, Esq.                                           Jacob D. Bundick, Esq.
Nevada Bar No. 7152                                                  Nevada Bar No. 09772
Robert R. Warns III, Esq.                                            Glenn F. Meier, Esq.
Nevada Bar No. 12123                                                Nevada Bar No. 06059
REISMAN SOROKAC                                                Jerrell L. Berrios, Esq.
8965 South Eastern Avenue, Suite 382               Nevada Bar No. 15504
Las Vegas, Nevada 89123                                         GREENBERG TRAURIG, LLP
Attorneys for Defendant Brian Brady                  10845 Griffith Peak Dr., Suite 600
                                                                                   Las Vegas, NV 89135
                                                                                   Attorneys for Plaintiff

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 11, 2022

Respectfully submitted by:

/s/ Robert R. Warns, III, Esq.
Joshua H. Reisman, Esq.
Nevada Bar No. 7152
Robert R. Warns, III, Esq.
Nevada Bar No. 12123
REISMAN·SOROKAC
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
Email: jreisman@rsnvlaw.com
Email: rwarns@rsnvlaw.com

Attorneys for *Defendant Brian Brady*