Richard C. Gordon, Esq. (NV # 9036)
Erik J. Foley, Esq. (NV # 14195)
**SNELL & WILMER L.L.P.**
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: rgordon@swlaw.com
            efoley@swlaw.com

*Attorneys for Plaintiff*
*Entourage Investment Group, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ENTOURAGE INVESTMENT GROUP, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TV4 ENTERTAINMENT, INC.; DIGITAL HEALTH NETWORKS CORP.; JON CODY, an individual, and BRIAN BRADY, an individual,<br><br>Defendants. | Case No. 2:22-cv-00637-GMN-NJK<br><br>**SUBSTITUTION OF COUNSEL** |

**NOTICE IS GIVEN** that Plaintiff Entourage Investment Group, LLC ("Plaintiff"), hereby substitutes Richard C. Gordon, Esq. and Erik J. Foley, Esq., of the law firm Snell & Wilmer L.L.P. to represent Plaintiff for all purposes in the above-entitled action in the place of Jacob Bundick, Esq., Glenn F. Meier, Esq. and Jerrell L. Berrios, Esq. of the law firm Greenberg Traurig, LLP.

DATED this 9th day of August 2022.         ENTOURAGE INVESTMENT GROUP, LLC

By: */s/ Jon C. Wolfe*

Its:  Owner

**CONSENT TO SUBSTITUTION**

The law firm of Greenberg Traurig, LLP acknowledges that Entourage Investment Group, LLC is substituting Richard C. Gordon and Erik J. Foley of the law firm Snell & Wilmer L.L.P. to represent it for all purposes in the above-entitled action and consents to the same.

DATED this 9th day of August 2022.         GREENBERG TRAURIG, LLP

         /s/ Jerrell L. Berrios
Jacob D. Bundick, Esq.
Nevada Bar No. 09772
Glenn F. Meier, Esq.
Nevada Bar No. 06059
Jerrell L. Berrios, Esq.
Nevada Bar No. 15504
10845 Griffith Peak Dr. Suite 600
Las Vegas, NV 89135

**ACCEPTANCE OF SUBSTITUTION**

Richard C. Gordon, Esq. and Erik J. Foley, Esq. of the law firm Snell & Wilmer L.L.P. hereby accept substitution as counsel for Entourage Investment Group, LLC for all purposes in the above-entitled action.

DATED this 9th day of August 2022.         SNELL & WILMER L.L.P.

         /s/ Richard C. Gordon
Richard C. Gordon, Esq.
Nevada Bar No. 9036
Erik J. Foley, Esq.
Nevada Bar No. 14195
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

**ORDER**

Good cause appearing, it is HEREBY ORDERED that Richard C. Gordon and Erik J. Foley of Snell & Wilmer L.L.P. are substituted as counsel for plaintiff Entourage Investment Group, LLC in this matter in place of Jacob Bundick, Glenn F. Meier, and Jerrell L. Berrios of the Law Firm of Greenberg Traurig, LLP.

**IT IS SO ORDERED.**

United States Magistrate Judge

DATED: August 10, 2022