Richard C. Gordon, Esq. (NV # 9036)
Erik J. Foley, Esq. (NV # 14195)
**SNELL & WILMER L.L.P.**
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: rgordon@swlaw.com
         efoley@swlaw.com

*Attorneys for Plaintiff*
*Entourage Investment Group, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ENTOURAGE INVESTMENT GROUP, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TV4 ENTERTAINMENT, INC.; DIGITAL HEALTH NETWORKS CORP.; JON CODY, an individual, and BRIAN BRADY, an individual,<br><br>Defendants. | Case No. 2:22-cv-00637-GMN-NJK<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT BRIAN BARDY'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |

Pursuant to Local Rule 7-1, Plaintiff Entourage Investment Group, LLC ("Plaintiff") and Defendant Brian Brady ("Brady" and together with Plaintiff, the "Parties"), by and through their respective undersigned counsel of record, submit this Stipulation and Order.  There is good cause for the extension requested because Plaintiff just retained the law firm of Snell & Wilmer, L.L.P. as its new counsel of record.  The additional time is needed for new counsel to review the file and have adequate time to prepare a response.

IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the time for Plaintiff to respond to Defendant Brian Brady's Motion to Dismiss for Lack of Personal Jurisdiction ("Motion") is extended through August 24, 2022.

DATED this 9th of August 2022.

SNELL & WILMER L.L.P.

By: /s/ *Richard C. Gordon*
Richard C. Gordon, Esq.
Erik J. Foley, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Plaintiff Entourage Investment Group, LLC*

DATED this 9th of August 2022.

REISMAN SOROKAC

By: /s/ *Robert R. Warns*
Joshua H. Reisman, Esq.
Robert R. Warns, Esq.
8965 S Eastern Ave., Suite 382
Las Vegas, Nevada 89123

*Attorney for Defendant Brian Brady*

**IT IS SO ORDERED.**

Dated this  10  day of August, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

1  **CERTIFICATE OF SERVICE**

2  I hereby certify that on the date below, I electronically transmitted the foregoing

3  **STIPULATIN AND ORDER EXTENDING TIME FOR PLAINTIFF TO FILE RESPONSE**

4  **TO DEFENDANT BRIAN BRADY'S MOTION TO DISMISS FOR LACK OF PERSONAL**

5  **JURISDICTION** with the Clerk's Office using the CM/ECF system for filing and transmittal of a

6  Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive

7  Electronic Filing.

DATED this 9th day of August 2022.

 */s/ D'Andrea Dunn*
An Employee of Snell & Wilmer L.L.P.

4868-8016-6957