1  Joshua H. Reisman, Esq.
   Nevada Bar No. 7152
2  Robert R. Warns, III, Esq.
   Nevada Bar No. 12123
3  REISMAN·SOROKAC
   8965 South Eastern Avenue, Suite 382
4  Las Vegas, Nevada 89123
   Telephone: (702) 727-6258
5  Facsimile: (702) 446-6756
   Email: jreisman@rsnvlaw.com
6  Email: rwarns@rsnvlaw.com

7  Attorneys for Defendant *Brian Brady*

8
                    **UNITED STATES DISTRICT COURT**
9
                         **DISTRICT OF NEVADA**
10

11 ENTOURAGE INVESTMENT GROUP, LLC, a
   Nevada limited liability company,                    CASE NO.  2:22-cv-00637-GMN-NJK
12
                    Plaintiff,                          **STIPULATION AND ORDER**
13                                                      **EXTENDING TIME FOR DEFENDANT**
   vs.                                                  **BRIAN BRADY'S REPLY IN SUPPORT**
14                                                      **OF MOTION TO DISMISS FOR LACK**
   TV4    ENTERTAINMENT,    INC.;   DIGITAL             **OF PERSONAL JURISDICTION**
15 HEALTH NETWORKS CORP.; JON CODY, an
   individual, and BRIAN BRADY, an individual,
16
                    Defendants.
17

18
19         Pursuant to Local Rule 7-1, Plaintiff Entourage Investment Group, LLC ("Plaintiff") and

20 Defendant Brian Brady ("Brady" and together with Plaintiff, the "Parties"), by and through their

21 respective undersigned counsel of record, submit this Stipulation and Order.  There is good cause

22 for the extension requested because Brady's counsel is preparing for 14 party depositions and

23 needs a brief, 1-week extension of time to adequately reply to Plaintiff's Opposition to Brady's

   Motion to Dismiss for Lack of Personal Jurisdiction.
24
   / / /
25
   / / /
26
   / / /
27
   / / /
28

                                    1

IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the time for Brady to file his Reply to Plaintiff's Opposition to Brady's Motion to Dismiss for Lack of Personal Jurisdiction is extended by 1 week to and through September 7, 2022.

DATED this 30th of August 2022.

SNELL & WILMER L.L.P.


By:  /s/ Erik C. Foley
     Richard C. Gordon, Esq.
     Erik J. Foley, Esq.
     3883 Howard Hughes Parkway, Suite 1100
     Las Vegas, Nevada  89169

     *Attorneys for Plaintiff Entourage Investment Group, LLC*

DATED this 30th of August 2022.

REISMAN SOROKAC


By:  /s/ Robert R. Warns III
     Joshua H. Reisman, Esq.
     Robert R. Warns, Esq.
     8965 S Eastern Ave., Suite 382
     Las Vegas, Nevada 89123

     *Attorneys for Defendant Brian Brady*


**IT IS SO ORDERED.**

Dated this  30   day of August, 2022


_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT


Respectfully submitted by:

/s/ Robert R. Warns, III, Esq.
Joshua H. Reisman, Esq.
Nevada Bar No. 7152
Robert R. Warns, III, Esq.
Nevada Bar No. 12123
REISMAN·SOROKAC
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
Email: jreisman@rsnvlaw.com
Email: rwarns@rsnvlaw.com

Attorneys for *Defendant Brian Brady*