**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ENTOURAGE INVESTMENT GROUP, LLC,<br><br>        Plaintiff(s),<br><br>v.<br><br>TV4 ENTERTAINMENT, INC., et al.,<br><br>        Defendant(s). | Case No. 2:22-cv-00637-GMN-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  The parties are hereby **ORDERED** to file, no later than September 26, 2022, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: September 19, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1