UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ENTOURAGE INVESTMENT GROUP, LLC,<br><br>  Plaintiff(s),<br><br>v.<br><br>TV4 ENTERTAINMENT, INC., et al.,<br><br>  Defendant(s). | Case No. 2:22-cv-00637-GMN-NJK<br><br>**Order**<br><br>[Docket No. 39] |

Pending before the Court is a joint proposed discovery plan, in which Defendant Brian Brady asserts that discovery should be stayed. Docket No. 39. Defendant Brady has not addressed the pertinent standards or otherwise provided a basis for staying discovery.[1] Accordingly, the Court **DEFERS** ruling on the proposed discovery plan. To the extent Defendant Brady seeks a stay of discovery, he must file a motion addressing the governing standards by September 30, 2022. Any response must be filed by October 5, 2022, and any reply must be filed by October 7, 2022.[2]

IT IS SO ORDERED.

Dated: September 26, 2022

Nancy J. Koppe
United States Magistrate Judge

---

[1] It is settled law that the mere pendency of a motion to dismiss is not, standing alone, grounds to stay discovery. *E.g.*, *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011).

[2] The Court reminds counsel that the briefing deadlines established herein control regardless of any conflicting deadlines automatically generated by CMECF. *See* Local Rule IC 3-1(d).