Joshua H. Reisman, Esq.
Nevada Bar No. 7152
Robert R. Warns, III, Esq.
Nevada Bar No. 12123
REISMAN·SOROKAC
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
Email: jreisman@rsnvlaw.com
Email: rwarns@rsnvlaw.com

Attorneys for Defendant *Brian Brady*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ENTOURAGE INVESTMENT GROUP, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>TV4 ENTERTAINMENT, INC.; DIGITAL HEALTH NETWORKS CORP.; JON CODY, an individual, and BRIAN BRADY, an individual,<br><br>Defendants. | CASE NO.  2:22-cv-00637-GMN-NJK<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT BRIAN BRADY'S REPLY IN SUPPORT OF MOTION FOR ATTORNEY'S FEES**<br><br>**(First Request)** |

Pursuant to Local Rule 6-1 and 7-1, Plaintiff Entourage Investment Group, LLC ("Plaintiff") and Defendant Brian Brady ("Brady" and together with Plaintiff, the "Parties"), by and through their respective undersigned counsel of record, hereby STIPULATE AND AGREE that the time for Brady's reply brief to Plaintiff's Opposition to Defendant Brian Brady's Motion for Attorney's Fees [Doc. # 47], which was filed March 23, 2023, shall be extended by 1 week to April 6, 2023.   There is good cause for the extension requested because Brady's counsel has multiple deadlines and a large summary judgment hearing that conflict with the current March 30, 2023, deadline for Brady's reply brief.

/ / /

/ / /

1

As such, Brady needs a brief, 1-week extension of time to adequately reply to Plaintiff's Opposition to Defendant Brian Brady's Motion for Attorney's Fees [Doc. # 47].

DATED this 28th of March 2023.  DATED this 28th of March 2023.

SNELL & WILMER L.L.P.  REISMAN SOROKAC

By: /s/ *Erik C. Foley*
Richard C. Gordon, Esq.
Erik J. Foley, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

Attorneys for *Plaintiff Entourage Investment Group, LLC*

By: /s/ *Robert R. Warns III*
Joshua H. Reisman, Esq.
Robert R. Warns, Esq.
8965 S Eastern Ave., Suite 382
Las Vegas, Nevada 89123

Attorneys for *Defendant Brian Brady*

**ORDER**

**IT IS SO ORDERED.**

March 29, 2023

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Respectfully submitted by:

/s/ Robert R. Warns, III, Esq.
Joshua H. Reisman, Esq.
Nevada Bar No. 7152
Robert R. Warns, III, Esq.
Nevada Bar No. 12123
REISMAN·SOROKAC
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
Email: jreisman@rsnvlaw.com
Email: rwarns@rsnvlaw.com

Attorneys for *Defendant Brian Brady*